ACCEPTED
03-14-00313-CR
4836883
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 8:49:28 AM
JEFFREY D. KYLE
CLERK



# Kirk Hawkins

### ATTORNEY AT LAW

Continental Building
17 South Chadbourne
Suite 401
San Angelo, Texas 76903

Please reply to:
Post Office Box 3645
San Angelo, Texas 76902

325/ 658-5585
FAX 325/ 657-0896

Email: kirkhawkinslaw@gmail.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/10/2015 8:49:28 AM

JEFFREY D. KYLE
Clerk

April __9__, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

    RE:    Case Number 03-14-00313-CR; Kirt Allen Esthay, Appellant v. The State
             of Texas, Appellee

Dear Sir or Madam:

Attached please find a copy of my letter dated April 1, 2015 to Appellant Kirt Allen Esthay
wherein I provided Mr. Esthay with a copy of the opinion and judgment of the Court, along with
notification of his right to file a pro se petition for discretionary review under Rule 68.

Sincerely yours,

Kirk Hawkins

KH/ahe

Enclosure



# Kirk Hawkins
## ATTORNEY AT LAW

Continental Building
17 South Chadbourne
Suite 401
San Angelo, Texas 76903

Please reply to:
Post Office Box 3645
San Angelo, Texas 76902

325/ 658-5585
FAX 325/ 657-0896

Email: kirkhawkinslaw@gmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ .49 | 4-1-15 |
| Certified Fee | 3.30 | |
| Return Receipt Fee (Endorsement Required) | 2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.69 | |

Sent To Kirt Allen Esthay # 1919078
Street & Apt. No., or PO Box No. 3060 FM 3514
City, State, ZIP+4 Beaumont TX 77705

PS Form 3800, July 2014          See Reverse for Instructions

7014 2870 0001 9044 3332

April 1, 2015

Kirt Allen Esthay #1919078
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

RE: Case no. 03-14-00313-CR; Kirk Allen Esthay, Appellant v. The State of Texas, Appellee

Dear Mr. Esthay:

Enclosed for your records please find a copy of the Opinion and Judgment which was rendered by the Court of Appeals which found no reversible error in the judgment of conviction. Please be advised that you may appeal your case further by filing a pro se petition for discretionary review in the Court of Criminal Appeals. This petition must be filed within thirty (30) days of the Court of Appeals' decision. My right to represent you on appeal does not include an appointment to pursue a Petition for Discretionary Review.

Sincerely yours,

Kirk Hawkins

KH/ahe

Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Kirt Allen Esthay #1919078
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. Grodmer                    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
R. Goodman                       4/6/15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail®          ☐ Priority Mail Express™
☐ Registered               ☐ Return Receipt for Merchandise
☐ Insured Mail             ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)    7014 2870 0001 9044 3332